MIRIAM GOLDSTEIN et al., Respondents, v. ABE FELDMAN, Doing business under the Name of SEASIDE BEVERAGE Co., et al., Appellants.—

No opinion. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.